FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR 15 AM 10:11
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RALPH BENNING | ) | |
| | ) | |
| V. | ) | Case No. CV602-139 |
| | ) | |
| WILLIAM F. AMIDEO, ET AL. | ) | |

## O R D E R

The above captioned case filed in the Statesboro Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 15th day of March, 2018.

_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia